| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) 3:99CR00069 (PCD) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER(Rec.Ct) 02-6015-TP-WJZ |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| John Varone 5053 Sweetwater Terrace Cooper City, FL 33331 | Connecticut | Supervised release |
| | NAME OF SENTENCING JUDGE The Honorable Peter C. Dorsey, Sr. U.S.D.J. | |

| SD/FL PACTS No. 42971 | DATES OF PROBATION SUPERVISED RELEASE | FROM 6-8-2000 | TO 6-7-2008 |
|---|---|---|---|

**OFFENSE**
Conspiracy to Distribute Marijuana. 21, U.S.C..§846 & 841 (a)(1)

*FILED by __ D.C. MAR 19 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  DISTRICT OF CONNECTICUT

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Southern District of Florida  upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_February 27 2001_                          _/s/ Peter C. Dorsey_
Date                                        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE  SOUTHERN  DISTRICT OF FLORIDA

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_March 11, 2002_                            _William P. Dimitrouleas_
Effective Date                              United States District Judge