UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by ____ D.C.
SEP 12 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 02-6015-TP-ZLOCH   DATE September 12, 2003
CLERK Amy Jordan   REPORTER Carl Schanzleh
PROBATION ____   INTERPRETER ____

UNITED STATES OF AMERICA v. John Varone

U.S. ATTORNEY Donald Chase   DEFT COUNSEL Greg Ross

DEFENDANT: /PRESENT/   NOT PRESENT   /ON BOND/   IN CUSTODY

REASON FOR HEARING Violation of Supervised Release (DE #13)

RESULT OF HEARING Defendant admits all violations and the Court finds he has violated as stated in the Petition. Defendant sentenced to 24 months in custody of B.O.P.; 3 years Supervised Release; Special

JUDGMENT Conditions: 1) no self employment w/o permission 2) financial disclosure, All other Special Conditions previously imposed - re-imposed as if fully stated.

CASE CONTINUED TO ____   TIME ____   FOR ____

MISC 10 days w/in to Appeal
Court Recommends a facility in Southern Florida.